Case 2:14-cr-00023-DLC   Document 127   Filed 01/22/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.
Angel Iturbe-Gonzalez

Case No: CR 14-23-BU-DLC
USM No: 68661-112

Date of Original Judgment: 09/30/2015
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David F. Ness
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months Counts 1 & 2 (concurrent) **is reduced to** 121 months (concurrent).
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/30/2015 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/22/23

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Dana L. Christensen, United States District Court Judge
*Printed name and title*